# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSICA BROWN** | **CIVIL ACTION** |
| **versus** | **NO. 06-01062-HGB-SS** |
| **NORFOLK SOUTHERN RAILWAY COMPANY** | |

## RECUSAL ORDER

Because either the undersigned Magistrate Judge or the law clerk for this division owns stock in Norfolk Southern Corp., in accordance with Title 28, Section 455, I hereby disqualify myself from further proceedings in the above-captioned matter and direct the Clerk of Court to re-allot the case to another magistrate judge section.

New Orleans, Louisiana, this 6th day of March, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**